Matthew R. Lewis (7919)
Shelby Jaye Hughes (16690)
**KUNZLER BEAN & ADAMSON, PC**
50 W. Broadway, 10th Floor
Salt Lake City, Utah 84101
Telephone: (801) 994-4646
mlewis@kba.law
shughes@kba.law

*Attorneys for Defendant Michael Mains*

---

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AARON WAGNER, and<br>MICHAEL MAINS,<br><br>Defendants. | **NOTICE OF APPEARANCE OF COUNSEL**<br>**(Matthew R. Lewis)**<br><br>Case No. 2:24-cr-00357<br><br>Judge Ted Stewart<br>Magistrate Judge Daphne A. Oberg |

Please take notice that Matthew R. Lewis of the law firm Kunzler Bean & Adamson, PC hereby enters his appearance as counsel for Defendant Michael Mains ("Mr. Mains"). The undersigned hereby requests that copies of all further pleadings and papers filed in connection with the above-captioned action be served upon him using the contact information provided above.

DATED: November 7, 2024

**KUNZLER BEAN & ADAMSON, PC**

*/s/ Matthew R. Lewis*
Matthew R. Lewis
Shelby Jaye Hughes

*Attorneys for Defendant Michael Mains*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on November 7, 2024, I filed a true and correct copy of the foregoing **NOTICE OF APPEARANCE OF COUNSEL (Matthew R. Lewis)** via the Court's electronic filing system, which effectuated service on all parties of record.

*/s/ Michelle Hansen*
Michelle Hansen