Matthew R. Lewis (7919)
Shelby Jaye Hughes (16690)
**KUNZLER BEAN & ADAMSON, PC**
50 W. Broadway, 10th Floor
Salt Lake City, Utah 84101
Telephone: (801) 994-4646
mlewis@kba.law
shughes@kba.law

*Attorneys for Defendant Michael Mains*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AARON WAGNER, and<br>MICHAEL MAINS,<br><br>Defendants. | **NOTICE OF WITHDRAWAL OF COUNSEL**<br>**(Shelby Jaye Hughes)**<br><br>Case No. 2:24-cr-00357<br><br>Judge Ted Stewart<br>Magistrate Judge Daphne A. Oberg |

PLEASE TAKE NOTICE that Shelby Jaye Hughes hereby withdraws her appearance as co-counsel for Defendant Michael Mains ("Mr. Mains") and should be removed from the Court's service list in the above-referenced matter. Matthew R. Lewis of the law firm Kunzler Bean & Adamson, PC will continue to represent Mr. Mains in this matter and can be reached through his contact information listed above.

DATED: March 5, 2025.

**KUNZLER BEAN & ADAMSON, PC**

*/s/ Matthew R. Lewis*
Matthew R. Lewis
Shelby Jaye Hughes

*Attorneys for Defendant Michael Mains*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 5, 2025, I filed a true and correct copy of the foregoing **NOTICE OF WITHDRAWAL OF COUNSEL (Shelby Jaye Hughes)** via the Court's electronic filing system, which effectuated service on all parties of record.

*/s/ Michelle Hansen*
Michelle Hansen