# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>v.<br><br>AARON A. WAGNER, and MICHAEL MAINS,<br><br>           Defendants. | ORDER GRANTING STIPULATED MOTION TO EXTEND PLEA CUTOFF<br><br><br>Case No. 2:24-cr-00357<br><br>District Judge Ted Stewart<br>Magistrate Judge Cecilia M. Romero |

Based on the stipulation of the parties and good cause appearing, the Court grants the Stipulated Motion to Extend Plea Cutoff (Docket No. 152) and will extend the negotiated plea cutoff to August 21, 2026.

DATED July 29, 2026.

BY THE COURT:

_____

TED STEWART
United States District Judge